The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>TERRILL D. BEEBE,<br><br>  Defendant/Judgment Debtor,<br><br> and<br><br>SMOKEY POINT CONCRETE<br><br>   Garnishee. | NO.  2:17-MC-143 RSL<br><br>(2:98-CR-0527-1)<br><br>**Order Terminating Garnishment Proceeding** |

  This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

  IT IS ORDERED that the garnishment is terminated as of May 8, 2020. Smokey Point Concrete shall pay to the Clerk of Court the amounts it has withheld from Defendant/Judgment Debtor Terrill D. Beebe's paychecks

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Terrill D. Beebe and Smokey Point Concrete* USDC#: 2:17-MC-143-RSL/2:98-CR-0527-1)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

pursuant to this garnishment through May 8, 2020, and is thereafter relieved of further responsibility pursuant to this garnishment.

Dated this 6th day of May, 2020.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Terrill D. Beebe and Smokey Point Concrete* USDC#: 2:17-MC-143-RSL/2:98-CR-0527-1)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970